UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) VERDICT |
| | ) |
| JASON JOYNER | ) CASE NO. 1:21CR00200-002 |
| | ) |
| Defendant. | ) |

WE THE JURY, FIND THE DEFENDANT, JASON JOYNER:
(Please write "not guilty" or "guilty" in the space provided)

_guilty_ as to Count 1, Conspiracy to Commit Money Laundering

_not guilty_ as to Count 12, Money Laundering - Structuring

_not guilty_ as to Count 13, Money Laundering - Structuring

_not guilty_ as to Count 14, Money Laundering - Structuring

_guilty_ as to Count 15, Structuring

_guilty_ as to Count 16, Structuring

_guilty_ as to Count 17, Structuring

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬      8/10/22
Foreperson's signature     Date

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Printed name